### ROBINETTE v. BARRIGER

[342 N.C. 181 (1995)]

_____

### J.D. ROBINETTE v. WILLIAM G. BARRIGER, W. MALCOLM BLALOCK AND ALEXANDER COUNTY

No. 527A94

(Filed 3 November 1995)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 116 N.C. App. 197, 447 S.E.2d 498 (1994), affirming in part, reversing in part and remanding with respect to an order signed by Cornelius, J., on 17 March 1992 in the Superior Court, Alexander County and a judgment signed by Helms (William H.), J., on 5 November 1992 in the Superior Court, Alexander County, the Court of Appeals' majority holding the trial

POWELL v. S & G PRESTRESS CO.

[342 N.C. 182 (1995)]

court correctly granted summary judgment for the County, correctly found no liability against Blalock and erred in not granting summary judgment for Barriger. Heard in the Supreme Court 11 October 1995.

*Michael B. Brough & Associates, by Michael B. Brough, for plaintiff-appellant.*

*Womble Carlyle Sandridge & Rice, by Allan R. Gitter, James R. Morgan, Jr., and Ellen M. Gregg, for defendant-appellee Barriger.*

PER CURIAM.

Justice Orr recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard*, 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.